**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LAWRENCE J. RUSSELL**
**ADC # 171943** **PLAINTIFF**

**v.** **No. 4:26-cv-305-DPM**

**JARED BYARS, Warden, Varner Prison, ADC; MAURICE CULCLAGER, Deputy Warden, Varner Prison, ADC; and DEXTER PAYNE, Director, ADC** **DEFENDANTS**

## ORDER

**1.** The Court withdraws the reference.

**2.** Russell hasn't paid the $405 administrative and filing fee or filed a completed application to proceed *in forma pauperis*; and the time to do so has passed. *Doc. 3*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

D.P. Marshall Jr.
United States District Judge
1 October 2026