**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**LAWRENCE J. RUSSELL
ADC # 171943** **PLAINTIFF**

**v. No. 4:26-cv-305-DPM**

**JARED BYARS, Warden, Varner Prison, ADC; MAURICE CULCLAGER, Deputy Warden, Varner Prison, ADC; and DEXTER PAYNE, Director, ADC** **DEFENDANTS**

# JUDGMENT

Russell's complaint is dismissed without prejudice.

D.P. Marshall Jr.
United States District Judge

1 October 2026